```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                   WESTERN DIVISION
```

LOUIS J. CLAY, JR.                                    PETITIONER

VERSUS                          CIVIL ACTION NO. 5:03cv6-DCB-JCS

EMMITT L. SPARKMAN, ET AL.                           RESPONDENTS

## FINAL JUDGMENT

This matter came before the Court on Louis J. Clay, Jr.'s Petition for Habeas Corpus Relief under 28 U.S.C. § 2254 [**docket entry no. 1**], and the Court denied the petition in a Memorandum Opinion and Order.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the 29th day of March, 2006.


                                    S/DAVID BRAMLETTE
                                    UNITED STATES DISTRICT JUDGE